**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | |
|---|---|
| *IN RE VARSITY BRANDS, INC. DATA BREACH LITIGATION* | Civil Action No.: 3:24-cv-02633-B |

**PLAINTIFFS' SUPPLEMENTAL MEMORANDUM IN SUPPORT OF PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**

On November 13, 2025, Plaintiffs Dean Huntley, Tony Le, and Wanetta London, individually and behalf of others similarly situated ("Plaintiffs") and Defendant Varsity Brands, Inc. ("Defendant") (collectively, the "Parties"), came before the Court for a hearing on Plaintiffs' Unopposed Motion for Preliminary Approval of Class Action Settlement (the "Hearing"). During the Hearing and in subsequent Orders (ECF Nos. 28 and 30), the Court directed the Parties to revise the Settlement Agreement, including its exhibits thereto, to incorporate certain revisions. Plaintiffs now respectfully submit the revised Settlement Agreement, attached hereto as **Exhibit 1**.[1] The revised Settlement Agreement, and the exhibits thereto, include the following changes:

- In the Settlement Agreement, and in the exhibits thereto, the term Settlement Class is defined as "All residents of the United States whose Private Information was potentially exposed in the Data Incident," removing the previous language "including all individuals who were sent a breach notification letter." *See* Exhibit 1 at ¶ 1.36; *see also id.* at Exhibits B-E.

[1] The Parties agree that the revised Settlement Agreement, attached hereto as Exhibit 1, and will replace the previous version.

- The Long Notice has been revised to include the exact Settlement Definition. *See* Exhibit 1-B at 3.
- The Long Notice has been revised to explain that objector is still a Settlement Class Member and may still submit a claim. *See id.* at 2.

Accordingly, Plaintiffs respectfully request that the Court grant preliminary approval of the proposed Settlement so that notice of the Settlement may be sent to the Settlement Class. An updated proposed Order is being submitted herewith.

Dated: December 12, 2025

Respectfully submitted,

*/s/ William B. Federman*

William B. Federman (Texas SBN 00794935)
**FEDERMAN & SHERWOOD**
4131 North Central Expressway, Ste. 900
Dallas, TX 75204
-and-
10205 N. Pennsylvania Ave.
Oklahoma City, OK 73120
Telephone: (405) 235-1560
Facsimile: (405) 239-2112
wbf@federmanlaw.com

A. Brooke Murphy
**MURPHY LAW FIRM**
4116 Will Rogers Pkwy, Suite 700
Oklahoma City, OK 73108
T: (405) 389-4989
E: abm@murphylegalfirm.com

*Interim Class Counsel on behalf of Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on December 12, 2025, I electronically filed the foregoing document using the Court's electronic filing system, which will notify all counsel of record authorized to receive such filings.

*/s/ William B. Federman*